UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT A. YOUNG, JR., an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>HOME DEPOT, and CITIBANK, N.A., HOME DEPOT CREDIT CARD,<br><br>            Defendants. | Case No. 2:23-cv-01412-JLR<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION |

THIS MATTER having come on the parties' Stipulation for Binding Arbitration and Stay of Action, the Court having examined the files and records, it is hereby

ORDERED that:

    1.    The parties' stipulated motion (Dkt. # 11) is GRANTED;

    2.    The claims which are the subject of Plaintiff's Complaint are to be arbitrated pursuant to the agreement which governs the account at issue;

    3.    This matter is STAYED pending resolution of the arbitration;

    4.    The parties shall file a joint report regarding the status of the arbitration proceedings every six (6) months until the conclusion of arbitration proceedings; and

//

//

//

//

~~PROPOSED~~ ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND STAY OF - Page 1 (Case No. 2:23-cv-01412-JLR)
CITI-L31\00744785.000

*TOMASI BRAGAR DUBAY*
Attorneys at Law
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

5. The parties must notify the court within seven (7) days of the conclusion of arbitration proceedings.

DATED: October 25, 2023.

JAMES L. ROBART
U.S. District Court Judge

Presented by:

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, WSBA #45828
121 SW Morrison St, Suite 1850
Portland, OR 97204
(503) 894-9900
edubay@tomasilegal.com
*Of Attorneys for Defendants Citibank, N.A. and Home Depot*

Form approved by:

CONWAY LAW, PLLC

By: /s/ Jesse Conway
Jesse Conway, WSBA #41677
Conway Law, PLLC
1014 Franklin Street, Suite 106
Vancouver, WA 98660
(360) 906-1007
jesse@conwaylaw.net
*Attorney for Plaintiff*

*PROPOSED* ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND STAY OF - Page 2 (Case No. 2:23-cv-01412-JLR)
CITI-L31\00744785.000

*TOMASI BRAGAR DUBAY*
Attorneys at Law
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236